1

2  DAVID P. MATTHEWS
   Fed No.11816
3  JASON C. WEBSTER
   Fed No. 30910
4  2905 Sackett
   Houston, TX 77098
5  Tel: 713 222 8080
   Fax: 713 535 7184
6
   Attorneys for Plaintiffs
7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12
                                           )  **Case Specific Number**
13  ─────────────────────────────────      )
    IN RE: BEXTRA AND CELEBREX             )  **MDL NO. 1699**
14  MARKETING SALES PRACTICES AND          )  **C 07 1871 CRB**
    PRODUCT LIABILITY LITIGATION           )  **District Judge:  Charles R. Breyer**
15                                          )
    ─────────────────────────────────      )
16                                          )
    SHARON WILLIMAS, et al.                )
17                                          )  **STIPULATION AND ORDER OF**
                              Plaintiffs,  )  **DISMISSAL WITHOUT PREJUDICE**
18                                          )
                     vs.                    )
19                                          )
    Pfizer, Inc., et al.                   )
20                            Defendants.  )
    ─────────────────────────────────
21

22          Come now the Plaintiff, KATHY S. SUGGS, Individual and On Behalf of the Estate of

23  JOHN A. SUGGS, Deceased and Defendants, by and through the undersigned attorneys,

24  pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

25  this action without prejudice with each side bearing its own attorneys' fees and costs.

26          Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

27  Defendants, they should do so only by re-filing in the United States District Court.

28

                                        -1-

                  STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

DATED: 7/18, 2007          MATTHEWS & ASSOCIATES

By: _____

DAVID P. MATTHEWS
Fed No.11816
JASON C. WEBSTER
Fed No. 30910
2905 Sackett
Houston, TX 77098
Tel: 713 222 8080
Fax: 713 535 7184
Attorneys for Plaintiff


DATED: 2-18, 2007          GORDON & REES

By: _____

Stuart M. Gordon
Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Court

-2-

PFZR/1035934/1030331v.1

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE