1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  Matthews & Associates
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs
6
7
8                  UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10
11
                                              )  **Case No. C 07 1871 CRB**
12  IN RE: BEXTRA AND CELEBREX                )
    MARKETING SALES PRACTICES AND             )  **MDL NO. 1699**
13  PRODUCT LIABILITY LITIGATION              )  **District Judge: Charles R. Breyer**
                                              )
14  ─────────────────────────────             )
                                              )
15  Sharon Williams, et al.,                  )
                                              )  **STIPULATION AND ORDER OF**
16                        Plaintiffs,         )  **DISMISSAL WITH PREJUDICE**
                                              )
17           vs.                              )
                                              )
18  Pfizer Inc., et al.                       )
                        Defendants.           )
19                                            )

20
        Come now the Plaintiffs, SHARON WILLIAMS, Individually and on behalf of ANNA
21
    DIAL, deceased, and Defendants, by and through the undersigned attorneys, pursuant to Federal
22
    Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with**
23
    **prejudice** with each side bearing its own attorneys' fees and costs.
24
25
26
27
28

                                              -1-

    **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1
2
3  DATED: February 4, 2010     MATTHEWS & ASSOCIATES

   By: _____
        David P. Matthews
        Attorneys for Plaintiffs

4
5  DATED: February 4, 2010     DLA PIPER LLP (US)

   By: _____
        Michelle W. Sadowsky
        Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 5, 2010    _____
                         Hon. Charles R. Breyer
                         United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE